UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT H. PLANTZ, M.D., *et al.*, | ) ) ) ) |
| Plaintiff, | ) No. 10 C 0959 ) |
| v. | ) Chief Judge Castillo ) |
| COMMUNITY HEALTH SYSTEMS INC., *et al.*, | ) **Filed *In Camera* and** ) **Under Seal** ) ) |
| Defendants. | ) |

**UNITED STATES' MOTION TO UNSEAL SPECIFIED DOCUMENTS
AT SUCH TIME AS THE UNITED STATES NOTIFIES THE COURT
THAT THE SETTLEMENT AGREEMENT HAS BEEN FULLY EXECUTED**

The United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, moves to unseal certain documents identified in the accompanying proposed order at such time as the United States notifies the court that the settlement agreement in this *qui tam* action has been executed. In support, the United States provides the following:

1. Relator filed this action under seal pursuant to 31 U.S.C. § 3730(b)(2), and the action remains sealed. The parties have reached a resolution of certain claims in this action and anticipate executing the settlement documents in the immediate future. Concurrently with this motion, the United States is filing its notice of intervention in part and declination in part for the purposes of settlement. The United States also anticipates filing a notice with the fully executed settlement agreement shortly thereafter.

2. At such time as the United States files a notice with this court that the settlement agreement has been fully executed, the United States requests that the following documents be unsealed: (1) the United States' notice of intervention in part and declination in part; (2)

relator's complaint; and (3) the attached order unsealing these documents.

3. The United States further requests that all other papers and orders on file in this action as of the date the court enters the attached proposed order remain sealed because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Finally, the United States requests that the notice with the fully executed settlement agreement, and all pleadings filed in the action thereafter, be unsealed.

4. The individual states identified in the complaint have been consulted and do not object to this motion. A proposed order accompanies this motion.

WHEREFORE, the United States requests that the court enter the accompanying proposed order to unseal certain documents identified in the order at such time as the United States notifies the court that the settlement agreement in this *qui tam* action has been executed.

Dated: July 29, 2014            Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ David R. Lidow
DAVID R. LIDOW
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
david.lidow@usdoj.gov